No. 9152. ROBERT SHARBONO, PLAINTIFF AND RESPONDENT, v. CHESTER GROW and EDNA GROW, his wife, DEFENDANTS AND APPELLANTS, and RICHLAND COUNTY, MONTANA, DEFENDANT.
Decided November 27, 1951.
237 Pac. (2d) 1076.

*Mr. Desmond J. O'Neil, Mr. Thomas J. Cavanaugh,* Glendive, for Appellant.
*Mr. D. C. Warren,* Glendive, for Respondent.
Per Curiam.
On stipulation, this appeal is dismissed.